IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-552-RJC-DCK

| | |
|---|---|
| CURTIS HESTER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| VERIZON WIRELESS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Compel Arbitration" (Document No. 6) filed December 3, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion as moot. The undersigned notes that the parties filed "Notice Of Settlement And Request To Stay All Deadlines" (Document No. 7) on December 13, 2014.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Compel Arbitration" (Document No. 6) is **DENIED AS MOOT**.

Signed: January 5, 2015

David C. Keesler
United States Magistrate Judge